**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOWNINGTOWN AREA SCHOOL DISTRICT | : | No. 62 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| CHESTER COUNTY BOARD OF ASSESSMENT APPEALS | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LTK ASSOCIATES, LP | : | |
| | : | |
| | : | |
| PETITION OF: LTK ASSOCIATES LP (WALGREEN EASTERN CO., INC., TENANT) ("WALGREENS") AND SCP 2001A-CSF-67 LLC (LIONVILLE CVS, INC., TENANT) ("CVS") | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.